JOANNE SPALDING
CA Bar No. 169560
Sierra Club Environmental Law Program
85 Second Street, Second Floor
San Francisco, CA 94105
(415) 977-5725
Fax: (415) 977-5793

Attorney for Plaintiff
Sierra Club

ORIGINAL FILED
AUG 1 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMC

| | |
|---|---|
| SIERRA CLUB, non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>Defendant. | Case No.: C 07 4212<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

### CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named party, there is no such interest to report.

Dated: August 16, 2007

JOANNE SPALDING
Sierra Club
Attorney of Record

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS