# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

E-filing

SIERRA CLUB

v.

U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY

SUMMONS IN A CIVIL CASE

CASE NUMBER:

EMC

C 07 4212

TO: (Name and address of defendant)

Alberto Gonzales
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE SPALDING
Sierra Club Environmental Law Program
85 Second Street, Second Floor
San Francisco, CA 94105
(415) 977-5725
Fax: (415) 977-5793

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

AUG 1 6 2007
DATE

BY DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |||
|---|---|---|
| Service of the Summons and Complaint was made by me [1] || DATE 8/17/07 |
| Name of SERVER Erin Brandt || TITLE Program Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): U.S. certified mail, return receipt requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/17/07
         Date

Signature of Server

85 2nd St, 2nd Floor
Address of Server
San Francisco 94709

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

ORIGINAL

SIERRA CLUB

v.

U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

EMC

C 07 4212

TO: (Name and address of defendant)

Civil Process Clerk
U.S. Department of Justice
Northern District of California
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE SPALDING
Sierra Club Environmental Law Program
85 Second Street, Second Floor
San Francisco, CA 94105
(415) 977-5725
Fax: (415) 977-5793

an answer to the complaint which is herewith served upon you, within ~~20~~ 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

[signature]
(BY) DEPUTY CLERK

DATE AUG 1 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

DATE: 8/17/07

Service of the Summons and Complaint was made by me

Name of SERVER: Erin Brandt
TITLE: Program Assistant

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
U.S. certified mail, return receipt requested.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/17/07
Date

Signature of Server

Address of Server: 85 Second St, 2nd Flr
San Francisco, CA 94709

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

E-filing

ORIGINAL

SIERRA CLUB

v.

U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

EMC

C 07 4212

TO: (Name and address of defendant)

Federal Emergency Management Agency
500 C Street SW
Washington, D.C. 20472

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE SPALDING
Sierra Club Environmental Law Program
85 Second Street, Second Floor
San Francisco, CA 94105
(415) 977-5725
Fax: (415) 977-5793

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE AUG 1 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

DATE: 8/17/07

Service of the Summons and Complaint was made by me [1]

Name of SERVER: Erin Brandt
TITLE: Program Assistant

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
U.S. certified mail; return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/17/07
Date

Signature of Server

Address of Server: 85 2nd St, 2nd Floor
San Francisco, CA 94109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

07 AUG 20 PM 12: 11

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SIERRA CLUB

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

EMC

V.

U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY

C 07 4212

TO: (Name and address of defendant)

Civil Process Clerk
U.S. Department of Justice
Northern District of California
450 Golden Gate Ave. Box 36055
San Francisco, CA 94102

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE SPALDING
Sierra Club Environmental Law Program
85 Second Street, Second Floor
San Francisco, CA 94105
(415) 977-5725
Fax: (415) 977-5793

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE AUG 1 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]    DATE 8/17/07

Name of SERVER: Erin Brandt    TITLE: Program Assistant

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): U.S. certified mail; return receipt requested.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/17/07
            Date

Signature of Server

Address of Server: 85 Second St, 2nd Floor, San Francisco, CA 94109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

SIERRA CLUB

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY

EMC

C 07 4212

TO: (Name and address of defendant)

Federal Emergency Management Agency
500 C Street SW
Washington, D.C. 20472

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOANNE SPALDING
Sierra Club Environmental Law Program
85 Second Street, Second Floor
San Francisco, CA 94105
(415) 977-5725
Fax: (415) 977-5793

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE AUG 1 6 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

DATE: 8/17/07

Service of the Summons and Complaint was made by me

Name of SERVER: Erin Brandt

TITLE: Program Assistant

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): U.S. certified mail; return receipt requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/17/07

Signature of Server: [signed]

Address of Server: 85 2nd St, 2nd Floor, San Francisco, CA 94709

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure