SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7314
   Facsimile:  (415) 436-6748
   E-mail:      ellen.fitzgerald@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SIERRA CLUB, | ) | No. C 07-4212 EMC |
| | ) | |
|    Plaintiff, | ) | **NOTICE OF SUBSTITUTION OF** |
| | ) | **COUNSEL** |
|   v. | ) | |
| | ) | |
| U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY, | ) ) | |
| | ) | |
|    Defendant. | ) | |

TO THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant hereby substitutes Assistant United States Attorney Ellen M. FitzGerald for Assistant United States Attorney Own Martikan as counsel for the defendant in the above-referenced action.  All future pleadings and correspondence to defendant should be directed to:

AUSA Ellen M. FitzGerald                           United States Attorney's Office

NOTICE OF SUBSTITUTION
No. C 07-4212 EMC

1
2  450 Golden Gate Avenue, 9th Floor
   Box 36055
3  San Francisco, CA 94102-3495
   Telephone: (415) 436-7314
4  Facsimile:  (415) 436-6748
   ellen.fitzgerald@usdoj.gov
5
6                                              Respectfully submitted,

7                                              SCOTT N. SCHOOLS
                                               United States Attorney
8

9  DATED: September 13, 2007       By:         /s/
10                                             ELLEN M. FITZGERALD
                                               Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SUBSTITUTION
No. C 07-4212 EMC