SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel: (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>　　　　　Defendant. | Case No. CV 07-4212 EMC<br><br>ANSWER TO PLAINTIFF'S COMPLAINT FOR INJUNCTIVE RELIEF |

Defendant, United States Federal Emergency Management Agency, by and through its undersigned attorneys, hereby answers plaintiffs' Complaint for Injunctive Relief (the "Complaint") as follows:

　　　1.　　Neither admits nor denies the statement in paragraph 1 of the Complaint because it constitutes the legal basis for the complaint and/or a conclusion of law as to which no answer is required; however, specifically denies that defendant has improperly withheld agency records.

## JURISDICTION

　　　2.　　Neither admits nor denies the allegations in paragraph 2 of the Complaint because they constitute the legal basis for the complaint and/or conclusions of law as to which no answer

ANSWER TO PLAINTIFF'S COMPLAINT FOR INJUNCTIVE RELIEF
C 07-4112 EMC

is required.

## VENUE

3. Neither admits nor denies the allegation in paragraph 3 of the Complaint because it constitutes the legal basis for the complaint and/or a conclusion of law as to which no answer is required.

## INTRADISTRICT ASSIGNMENT

4. Neither admits nor denies the allegations in paragraph 4 because they are jurisdictional allegations to which no response is required.

## PARTIES

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 5 of the Complaint.

6. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 7 of the Complaint.

8. Denies the allegations in paragraph 8 of the Complaint except admits that defendant, the Federal Emergency Management Agency ("FEMA"), is an agency within the meaning of 5 U.S.C. § 552(f), and there are ten regional FEMA offices.

## FACTS

9. Neither admits nor denies the allegation in paragraph 9 of the Complaint because it constitutes a conclusion of law as to which no response is required and respectfully refers the Court to the statute as the best statement of its contents.

10. Neither admits nor denies the allegation in paragraph 10 of the Complaint because it constitutes a conclusion of law as to which no response is required and respectfully refers the Court to the statute as the best statement of its contents.

11. Neither admits nor denies the allegations in paragraph 11 of the Complaint

because they constitute conclusions of law as to which no response is required and respectfully refers the Court to the statute as the best statement of its contents.

12. Neither admits nor denies the allegation in paragraph 12 of the Complaint because it constitutes a conclusion of law as to which no response is required and respectfully refers the Court to the statute as the best statement of its contents.

13. Neither admits nor denies the allegation in paragraph 13 of the Complaint because it constitutes a conclusion of law as to which no response is required and respectfully refers the Court to the statute as the best statement of its contents.

14. Neither admits nor denies the allegations in paragraph 14 of the Complaint because they constitute conclusions of law as to which no response is required and respectfully refers the Court to the statute as the best statement of its contents.

15. Admits the allegations in paragraph 15 of the Complaint and respectfully refers the Court to plaintiff's letters, dated July 6, 2007, to defendant's regional offices as the best statement of plaintiff's FOIA requests.

16. Admits the allegations in paragraph 16 of the Complaint.

17. Denies the allegations in the first sentences of paragraph 17 of the Complaint except admits that, by letter dated July 12, 2007, FEMA Region IV acknowledged receipt of plaintiff's FOIA request and respectfully refers the Court to the July 12, 2007 letter as the best statement of Region IV's response. Admits the remaining allegations in paragraph 17 of the Complaint.

18. Admits that defendant has not provided plaintiff with the records it has requested but neither admits nor denies the remaining allegation in paragraph 18 regarding "the FOIA requirement" because it constitutes a conclusion of law as to which no response is required.

COUNT I

19. Denies the allegations in paragraph 19 of the Complaint.

REQUESTED RELIEF

20. The balance of the Complaint constitutes a prayer for relief to which no response is required. To the extent a response is required, defendant denies that plaintiff is entitled to the relief requested.

Any allegation set forth in the Complaint not heretofore answered is specifically denied.

FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust administrative remedies under the Freedom of Information Act, 5 U.S.C. 522 et seq.

THIRD AFFIRMATIVE DEFENSE

Upon information and belief, the amount of documents responsive to plaintiff's request for all records concerning flood plain assessments in 69 counties in Louisiana, Texas, California, Alabama, Florida, and Mississippi for the past 13 years is voluminous. Defendant was unable to process this exceptional amount of responsive records within the 20 day time period. See 5 U.S.C. § 1522(a)(6)(C)(I)-(iii). Defendant is exercising due diligence to respond to plaintiff's request but requires additional time to complete its review of the records.

ANSWER TO PLAINTIFF'S COMPLAINT FOR INJUNCTIVE RELIEF
C 07-4112 EMC                                   4

1  WHEREFORE, having fully answered the Complaint against it, the United States respectfully prays that this Court enter judgment in its favor and against the plaintiffs and grant such other and further relief as this court deems just and equitable.

Dated: September 20, 2007

                                        Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

By:   /s/ Ellen M. FitzGerald
       ELLEN M. FITZGERALD
       Assistant United States Attorney

ANSWER TO PLAINTIFF'S COMPLAINT FOR INJUNCTIVE RELIEF
C 07-4112 EMC