UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIERRA CLUB,

    Plaintiff(s),

v.

U. S. FEDERAL EMERGENCY MANAGEMENT AGENCY,

    Defendant(s).

No. C 07-4212 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 9-20-07

Signature: _____

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")