```
JOANNE SPALDING (CSBN 169560)
Sierra Club Environmental Law Program
85 Second Street, Second Floor
San Francisco, CA 94105
Tel: (415) 977-5725
Fax: (415) 977-5793
E-mail: joanne.spalding@sierraclub.org
```

Attorney for Plaintiff Sierra Club

```
SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
ELLEN M. FITZGERALD (NY 2408805)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Tel:  (415) 436-7314
Fax: (415) 436-6748
E-mail: ellen.fitzgerald@usdoj.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIERRA CLUB<br><br>   Plaintiff,<br><br>v.<br><br>U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY,<br><br>   Defendant. | Case No. CV 07-04212 SBA<br><br>JOINT CASE MANAGEMENT STATEMENT<br><br>DATE: November 29, 2007<br>TIME: 2:45 p.m. via telephone |

  Plaintiff, the Sierra Club, and defendant, the U.S. Federal Emergency Management Agency ("FEMA"), by and through their undersigned counsel, hereby submit the following Joint Case Management Conference Statement pursuant to Civil Local Rule 16-9:

JOINT CASE MANAGEMENT STATEMENT
C 07-04112 SBA

1. <u>Jurisdiction and Service</u>:   This is an action arising under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), over which this court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.  Personal jurisdiction, venue, and service are not at issue.

2      <u>Facts</u>:   By separate letters to FEMA Regions IV, VI, and IX, dated July 6, 2007, the Sierra Club served FEMA with FOIA requests for "records related to FEMA's flood hazard assessments and map revision processes" for 69 counties in Alabama, Florida, Mississippi, Louisiana, Texas, and California.  Specifically, the Sierra Club requested all records showing updated flood-risk data, mapping needs assessments, and revised maps for listed counties; all records showing whether these activities were initiated and carried out by communities or by FEMA as well as all records documenting those specific regions in which food plain assessments did not occur. By letter dated July 12, 2007, FEMA Region IV acknowledged receipt of the Sierra Club's request.  The Sierra Club did not receive a response from FEMA within the 20-day statutory deadline and, on or about August 16, 2007, the Sierra Club commenced this action to compel the release of FEMA records.

   FEMA posits that the amount of documents potentially responsive to plaintiff's request for all records concerning flood plain assessments in 69 counties in Louisiana, Texas, California, Alabama, Florida, and Mississippi for the past 13 years is voluminous.  FEMA was unable to process this exceptional amount of responsive records within the 20-day statutory time period. <u>See</u> 5 U.S.C. § 552(a)(6)(C)(I). FEMA is exercising due diligence to respond to the Sierra Club's requests but requires additional time to confer with Sierra Club representatives about the specific records they are seeking and complete a review of the records.  Without conceding that exceptional circumstances exist and without waiving any claims under FOIA, the Sierra Club is working in good faith with FEMA to identify specific responsive records.

3. <u>Legal Issues</u>: None are anticipated at this time.

4. <u>Motions</u>: None anticipated at this time. If the parties are unable to resolve their dispute, plaintiff and defendant anticipate filing cross-motions for summary judgment.

JOINT CASE MANAGEMENT STATEMENT
C 07-04112 SBA                            2

5. <u>Amendment of Pleadings</u>: None.

6. <u>Evidence Preservation</u>: FEMA has taken affirmative steps to preserve documents and evidence related to this action.

7. <u>Disclosures</u>: FEMA does not believe initial disclosures are necessary at this time. FEMA has contacted the Sierra Club and is making a good faith effort to provide the documents responsive to the Sierra Club's FOIA requests.

8. <u>Discovery</u>: None at this time. The parties are attempting to resolve this matter without engaging in formal discovery.

9. <u>Class Actions</u>:  Not applicable.

10. <u>Related Cases</u>:  None.

11. <u>Relief</u>:  The Sierra Club seeks an order directing FEMA to disclose the records and an award of costs and reasonable attorneys fees incurred in this action.

12. <u>Settlement and ADR</u>: The parties are seeking to resolve the issue of FEMA's disclosure of agency records without engaging in the formal ADR process.

13. <u>Consent to Magistrate Judge for All Purposes</u>:   The parties do not consent to have this matter heard by a magistrate judge for all purposes.

14. <u>Other References</u>:  None.

15. <u>Narrowing of Issues</u>: None at this time.

16. <u>Expedited Schedule</u>: No.

17. <u>Scheduling</u>: On November 13, 2007, members of the Sierra Club and their counsel conferred by telephone with FEMA personnel and counsel for the United States. FEMA initiated the call to learn what types of specific information the Sierra Club was seeking and to provide the Sierra Club with information about which FEMA documents would be most responsive to their requests.  The conference call was productive. FEMA directed the Sierra Club members to websites where some of the information they are seeking is available. The Sierra Club agreed to review the information on those websites to confirm that the records available there satisfy the

JOINT CASE MANAGEMENT STATEMENT
C 07-04112 SBA                                                3

1  request for records showing updated flood-risk data, mapping needs assessments, and revised
2  maps for the listed counties. FEMA also agreed to pursue additional information about the
3  agency's Management Information Portal (MIP); scoping documents prepared in the map
4  updating process; and any procedural or prioritization documents reflecting how map updating
5  decisions are made. FEMA has agreed to make any responsive records available on or before
6  January 21, 2007.

7  18.   Trial:  Not applicable.

8  19.   Disclosure of Non-party Interested Entities or Persons:  None.

10 Dated:  November 16, 2007

11                                          Respectfully submitted,

12                                          SCOTT N. SCHOOLS
                                            United States Attorney

14                              By:         _____/s/_____
                                            ELLEN M. FITZGERALD
15                                          Assistant United States Attorney
                                            Attorney for Defendant

17                                          SIERRA CLUB ENVIRONMENTAL
18                                          LAW PROGRAM

20                              By:         _____/s/_____
                                            JOANNE SPALDING
21                                          Attorney for Plaintiff

JOINT CASE MANAGEMENT STATEMENT
C 07-04112 SBA