UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 12/13/07

C-07-04212 SBA        JUDGE: SAUNDRA BROWN ARMSTRONG

Title: SIERRA CLUB vs. U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY

Atty.:   JOANNE SPAULDING        ELLEN FITZGERALD

                                  JODY KRAMER

Deputy Clerk: Lisa R. Clark        Court Reporter:_____
PROCEEDINGS
Plt   DFT
( ) ( ) 1. TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( ) ( ) 2._____
( ) ( ) 3._____
( ) ( ) 4._____
( ) Motion(s)   ( ) Granted    ( ) Denied    ( ) Off Calendar
          ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to  2/6/08   for a Telephone Case Management Conference at 3:30 p.m.
Case Continued to_____ for  OSC RE:_____
Case Continued to_____ for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off_____Expert Discovery Cut-off_____
Plft to name Experts by_____Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____Motions in limine/objections to evidence due_____Responses
to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____for Trial(Court/Jury:_____Days) at 8:30 a.m.
( ) REFERRED TO MAGISTRATE_____FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: PARTIES TO SUBMIT JOINT CMC STATEMENT 5 DAYS IN ADVANCE OF THE NEXT CMC.
_____
_____
_____cc: