1  JOANNE SPALDING (CSBN 169560)
   Sierra Club Environmental Law Program
2  85 Second Street, Second Floor
   San Francisco, CA 94105
3  Tel: (415) 977-5725
   Fax: (415) 977-5793
4  E-mail: joanne.spalding@sierraclub.org

5  Attorney for Plaintiff Sierra Club

6

7  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
   JOANN M. SWANSON (CSBN 88143)
8  Chief, Civil Division
   ELLEN M. FITZGERALD (NY 2408805)
9  Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
10 San Francisco, CA 94102-3495
   Tel:  (415) 436-7314
11 Fax: (415) 436-6748
   E-mail: ellen.fitzgerald@usdoj.gov
12
   Attorneys for Defendant
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17  SIERRA CLUB                          )
                                          )   Case No. CV 07-04212 SBA
18              Plaintiff,                )
                                          )
19  v.                                    )   JOINT CASE MANAGEMENT
                                          )   CONFERENCE STATEMENT
20                                        )
    U.S. FEDERAL EMERGENCY                )   DATE: February 6, 2008
21  MANAGEMENT AGENCY,                    )   TIME: 3:30 p.m. via telephone
                                          )
22              Defendant.                )
                                          )
23

24       Plaintiff, the Sierra Club, and defendant, the U.S. Federal Emergency Management

25  Agency ("FEMA"), by and through their undersigned counsel, hereby submit the following Joint

26  Case Management Conference Statement pursuant to Rule 16-9 of the Local Civil Rules for the

27
    JOINT CASE MANAGEMENT CONFERENCE STATEMENT
28  C 07-04112 SBA

Northern District of California:

1.     Jurisdiction and Service:   This is an action arising under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), over which this court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.  Personal jurisdiction, venue, and service are not at issue.

2      Facts:  By separate letters to FEMA Regions IV, VI, and IX, dated July 6, 2007, the Sierra Club served FEMA with FOIA requests for "records related to FEMA's flood hazard assessments and map revision processes" for 69 counties in Alabama, Florida, Mississippi, Louisiana, Texas, and California.  Specifically, the Sierra Club requested all records showing updated flood-risk data, mapping needs assessments, and revised maps for listed counties; all records showing whether these activities were initiated and carried out by communities or by FEMA as well as all records documenting those specific regions in which food plain assessments did not occur. By letter dated July 12, 2007, FEMA Region IV acknowledged receipt of the Sierra Club's request.  The Sierra Club did not receive a response from FEMA within the 20-day statutory deadline and, on or about August 16, 2007, the Sierra Club commenced this action to compel the release of FEMA records.

FEMA posits that the amount of documents potentially responsive to plaintiff's request for all records concerning flood plain assessments in 69 counties in Louisiana, Texas, California, Alabama, Florida, and Mississippi for the past 13 years is voluminous.  FEMA was unable to process this exceptional amount of responsive records within the 20-day statutory time period. See 5 U.S.C. § 552(a)(6)(C)(I). FEMA is exercising due diligence to respond to the Sierra Club's requests but requires additional time to confer with Sierra Club representatives about the specific records they are seeking and complete a review of the records.  Without conceding that exceptional circumstances exist and without waiving any claims under FOIA, the Sierra Club is working in good faith with FEMA to identify specific responsive records.

3.     Legal Issues: None are anticipated at this time.

4.     Motions: None anticipated at this time. If the parties are unable to resolve their dispute,

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
C 07-04112 SBA                                                        2

1 plaintiff and defendant anticipate filing cross-motions for summary judgment.

2 5. <u>Amendment of Pleadings</u>: None.

3 6. <u>Evidence Preservation</u>: FEMA has taken affirmative steps to preserve documents and
4 evidence related to this action.

5 7. <u>Disclosures</u>: FEMA does not believe initial disclosures are necessary at this time. FEMA
6 has contacted the Sierra Club and is making a good faith effort to provide the documents
7 responsive to the Sierra Club's FOIA requests.

8 8. <u>Discovery</u>: None at this time. The parties are attempting to resolve this matter without
9 engaging in formal discovery.

10 9. <u>Class Actions</u>:  Not applicable.

11 10. <u>Related Cases</u>:  None.

12 11. <u>Relief</u>:  The Sierra Club seeks an order directing FEMA to disclose the records and an
13 award of costs and reasonable attorneys fees incurred in this action.

14 12. <u>Settlement and ADR</u>: The parties are seeking to resolve the issue of FEMA's disclosure
15 of agency records without engaging in the formal ADR process.

16 13. <u>Consent to Magistrate Judge for All Purposes</u>:  The parties do not consent to have this
17 matter heard by a magistrate judge for all purposes.

18 14. <u>Other References</u>:  None.

19 15. <u>Narrowing of Issues</u>: None at this time.

20 16. <u>Expedited Schedule</u>: No.

21 17. <u>Scheduling</u>: On or about January 24, 2008, FEMA produced a CD containing records
22 responsive to the Sierra Club's FOIA request for documents pertaining to the National Flood
23 Insurance Program's flood hazard assessments and map revision process.  The production of
24 these records constituted an interim release.  FEMA has also located scoping documents
25 responsive to FEMA's request but these additional records, consisting of approximately one
26 thousand pages, contain personal identifying information that FEMA must redact before the

1  records are produced to the Sierra Club.  FEMA has agreed to complete the redaction and
2  produce these records on or before March 3, 2008.
3  18.	<u>Trial</u>:  Not applicable.
4  19.	<u>Disclosure of Non-party Interested Entities or Persons</u>:  None.

6  Dated: January 30, 2008
7  						Respectfully submitted,
8  						JOSEPH P. RUSSONIELLO
						United States Attorney

10 				By:	_____/s/_____
						ELLEN M. FITZGERALD
11						Assistant United States Attorney
						Attorney for Defendant

						SIERRA CLUB ENVIRONMENTAL
14						LAW PROGRAM

16 				By:	_____/s/_____
						JOANNE SPALDING
17						Attorney for Plaintiff

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
28 C 07-04112 SBA