1  JOANNE SPALDING (CSBN 169560)
   Sierra Club Environmental Law Program
2  85 Second Street, Second Floor
   San Francisco, CA 94105
3  Tel: (415) 977-5725
   Fax: (415) 977-5793
4  E-mail: joanne.spalding@sierraclub.org

5  Attorney for Plaintiff Sierra Club

6

7  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
   JOANN M. SWANSON (CSBN 88143)
8  Chief, Civil Division
   ELLEN M. FITZGERALD (NY 2408805)
9  Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
10 San Francisco, CA 94102-3495
   Tel:  (415) 436-7314
11 Fax: (415) 436-6748
   E-mail: ellen.fitzgerald@usdoj.gov
12
   Attorneys for Defendant
13

14                        UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16                                OAKLAND DIVISION

17 SIERRA CLUB                              )
                                            )   Case No. CV 07-04212 SBA
18            Plaintiff,                    )
                                            )
19      v.                                  )   JOINT CASE MANAGEMENT
                                            )   CONFERENCE STATEMENT
20                                          )
   U.S. FEDERAL EMERGENCY                   )   DATE: April 10, 2008
21 MANAGEMENT AGENCY,                       )   TIME: 2:30 p.m. via telephone
                                            )
22            Defendant.                    )
                                            )
23 _____

24      Plaintiff, the Sierra Club, and defendant, the U.S. Federal Emergency Management

25 Agency ("FEMA"), by and through their undersigned counsel, hereby submit the following Joint

26 Case Management Conference Statement pursuant to Rule 16-9 of the Local Civil Rules for the

27
   JOINT CASE MANAGEMENT CONFERENCE STATEMENT
28 C 07-04112 SBA

1  Northern District of California:

2  1.      Jurisdiction and Service:   This is an action arising under the Freedom of Information Act,
3  5 U.S.C. § 552 ("FOIA"), over which this court has subject matter jurisdiction pursuant to 28
4  U.S.C. § 1331.  Personal jurisdiction, venue, and service are not at issue.

5  2       Facts:   By separate letters to FEMA Regions IV, VI, and IX, dated July 6, 2007, the
6  Sierra Club served FEMA with FOIA requests for "records related to FEMA's flood hazard
7  assessments and map revision processes" for 69 counties in Alabama, Florida, Mississippi,
8  Louisiana, Texas, and California.  Specifically, the Sierra Club requested all records showing
9  updated flood-risk data, mapping needs assessments, and revised maps for listed counties; all
10 records showing whether these activities were initiated and carried out by communities or by
11 FEMA as well as all records documenting those specific regions in which food plain assessments
12 did not occur. By letter dated July 12, 2007, FEMA Region IV acknowledged receipt of the
13 Sierra Club's request.  The Sierra Club did not receive a response from FEMA within the 20-day
14 statutory deadline and, on or about August 16, 2007, the Sierra Club commenced this action to
15 compel the release of FEMA records.

16 3.      Legal Issues: None are anticipated at this time.

17 4.      Motions: None anticipated at this time. If the parties are unable to resolve their dispute,
18 they anticipate filing cross-motions for summary judgment.

19 5.      Amendment of Pleadings: None.

20 6.      Evidence Preservation: FEMA has taken affirmative steps to preserve documents and
21 evidence related to this action.

22 7.      Disclosures: FEMA does not believe initial disclosures are necessary.

23 8.      Discovery: None at this time. The parties are attempting to resolve this matter without
24 engaging in formal discovery.

25 9.      Class Actions:  Not applicable.

26 10.     Related Cases:  None.

27
   JOINT CASE MANAGEMENT CONFERENCE STATEMENT
28 C 07-04112 SBA                             2

11. <u>Relief</u>:  The Sierra Club seeks an order directing FEMA to disclose the records and an award of costs and reasonable attorneys fees incurred in this action.

12. <u>Settlement and ADR</u>: The parties are seeking to resolve the issue of FEMA's disclosure of agency records without engaging in the formal ADR process.

13. <u>Consent to Magistrate Judge for All Purposes</u>:  The parties do not consent to have this matter heard by a magistrate judge for all purposes.

14. <u>Other References</u>:  None.

15. <u>Narrowing of Issues</u>: None at this time.

16. <u>Expedited Schedule</u>: No.

17. <u>Scheduling</u>: On or about March 3, 2008, FEMA made its final release to the Sierra Club of records responsive to the Sierra Club's FOIA requests. FEMA provided the Sierra Club with a CD containing copies of the records.  The Sierra Club was unable to access the last round of documents due to technical difficulties with the disk. The parties are working to resolve that problem.

18. <u>Trial</u>:  Not applicable.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>:  None.

Dated: April 2, 2008                              Respectfully submitted,

                                                  SIERRA CLUB ENVIRONMENTAL
                                                  LAW PROGRAM

                                          By:          /s/
                                                  JOANNE SPALDING
                                                  Attorney for Plaintiff


                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney


                                          By:          /s/
                                                  ELLEN M. FITZGERALD
                                                  Assistant United States Attorney
                                                  Attorney for Defendant

JOINT CASE MANAGEMENT CONFERENCE STATEMENT
C 07-04112 SBA