UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 4/10/08

C-07-04212 SBA                JUDGE: SAUNDRA BROWN ARMSTRONG

Title: SIERRA CLUB vs. U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY

Atty.:  JOANNE SPAULDING            ELLEN FITZGERALD

Deputy Clerk: Lisa R. Clark          Court Reporter:   N/R
**PROCEEDINGS**
Plt   DFT
(  )  (  ) 1.  TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
(  )  (  ) 2. _____
(  )  (  ) 3. _____
(  )  (  ) 4. _____
(  ) Motion(s)    (  ) Granted      (  ) Denied       (  ) Off Calendar
            (  ) Granted/Part  (  ) Denied/Part   (  ) Submitted
(X) Order to be prepared by  (  ) Plaintiff  (  )Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____ for a Telephone Case Management Conference at  p.m.
Case Continued to_____ for  OSC RE:_____
Case Continued to_____ for_____ Motion Hearing
Brief Sched. Motion papers by_____ Opposition by_____ Reply by_____
General Discovery Cut-off_____ Expert Discovery Cut-off_____
Plft to name Experts by_____ Deft to name Experts by_____
All Dispositive Motions to be heard by ( Motion Cut-off)_____
Case Continued to_____ for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due_____ Motions in limine/objections to evidence due_____ Responses to motions in limine and/or responses to objections to evidence due_____
Case Continued to_____ for Trial(Court/Jury:_____ Days) at 8:30 a.m.
(  ) REFERRED TO MAGISTRATE_____ FOR SETTLEMENT CONFERENCE
(  ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes: PARTIES ADVISED THE COURT THAT THIS MATTER HAS BEEN RESOLVED AND THAT THE PARTIES NEED ABOUT 90 DAYS TO FINALIZE THE CONDITIONS OF THE SETTLEMENT AND ATTORNEYS FEES; COURT TO ISSUE CONDITIONAL DISMISSAL
cc: